**FILED**
April 26, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:08-cr-00166 KJM |
| Plaintiff, | ) | 2:10-cr-00118 KJM |
| v. | ) | |
| | ) | ORDER FOR RELEASE |
| DAVID LEE ARNETTE, | ) | OF PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release David Lee Arnette ; Cases 2:08-cr-00166 and 2:10-cr-0118 from custody for the following reasons:

- **X**   Release Pursuant to 18 U.S.C. § 4243(f)

- _   Bail Posted in the Sum of _____

- _   Unsecured Appearance Bond in the amount of $

- _   Appearance Bond secured by Real Property

- _   Corporate Surety Bail Bond

- **X**   (Other) the defendant shall be released to probation officer, Glenn Simon, on Monday, April 30, 2012 at 9:00 a.m.; the defendant will continue on conditions of release imposed on August 3, 2011 and modified on April 25, 2012.

Issued at Sacramento, CA on 4/26/12 at 1:30 p.m.

By _____
Kimberly J. Mueller
United States District Judge